### JAMES FENNIMORE COOPER agt. THURLOW WEED.

### SAME agt. WM. WHITE and VISSCHER TEN EYCK.

Two suits for libel, one against the editor and the other against the proprietors of a newspaper, being different persons, cannot be consolidated, although it appear that both actions are for the same alleged libel, the declarations in each and the pleas in each the same, and that substantially the same facts and questions on the part of the prosecution will arise in each, and substantially the same defence in each.

*Quere ?*—Whether actions for libel can be consolidated.

*December Term,* 1845.

MOTION by defendants to consolidate these two causes into one.

These were actions of libel, and were commenced for one and the same identical alleged libel, printed in the Albany Evening Journal, of which the defendant in the first cause was editor, and the defendants in the second cause were proprietors.

The declarations in each and pleas in each were the same. It was alleged that the questions which would arise in both actions were substantially the same, and the defence in each would substantially be the same.

> M. T. REYNOLDS, *defendants' counsel.*
> BEACH & MORGAN, *defendants' attorneys.*

N. HILL, JR., *plaintiff's counsel.*
R. COOPER, *plaintiff's attorney.*

JEWETT, Justice. Denied the motion with costs, on the ground that suits under such circumstances could not be consolidated; the parties were not the same, and it might be that as against one party there would be proof in aggravation of damages, which would not be against the other.